1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

12  JAMES E. RASBERRY,                     ) Case No. ED CV 15-02060-FMO (AS)
                                           )
13              Petitioner,                ) **ORDER ACCEPTING FINDINGS,**
                                           )
14        v.                               ) **CONCLUSIONS AND RECOMMENDATIONS**
                                           )
15  JOHN SOTO, Warden,                     ) **OF UNITED STATES MAGISTRATE JUDGE**
                                           )
16              Respondent.                )

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge, to which no

21  objections were filed. The Court concurs with and accepts the

22  findings and conclusions of the Magistrate Judge in the Report and

23  Recommendation.

24

25        **IT IS ORDERED** that Judgment be entered denying and dismissing

26  the Petition with prejudice.

27

28

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

2  Order, the Magistrate Judge's Report and Recommendation and the

3  Judgment herein on counsel for Petitioner and counsel for

4  Respondent.

5

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8        DATED: April 28, 2016.

9

10                                  /s/
                           FERNANDO M. OLGUIN
11                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28