UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMES E. RASBERRY, | Case No. ED CV 15-02060-FMO (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 28, 2016.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE